IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| REVSTONE INDUSTRIES LLC, | : | |
| Debtor. | : | Civil Action No. 13-1468 GMS |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF REVSTONE INDUSTRIES LLC, | : | AP No. 13-83 |
| Appellant, | : | |
| v. | : | |
| REVSTONE INDUSTRIES LLC, et al., | : | |
| Appellees. | : | |

## ORDER

At Wilmington this __6th__ day of November, 2013, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **November 14, 2013.**

_____
CHIEF, UNITED STATES DISTRICT JUDGE